IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 15-280 |
| RANDALL GILLESPIE | : | |

ORDER

AND NOW, this 29th day of September, 2016, upon consideration of the Government's Motion to Dismiss Count Five of the Indictment charging defendant Randall Gillespie with knowing and intentional possession with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B), it is hereby

ORDERED

that Count Five of the Indictment is dismissed without prejudice.

BY THE COURT:

_____
HONORABLE HARVEY BARTLE, III
*Judge, United States District Court*